UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRINCETON E. BROWN,<br><br>                Plaintiff,<br><br>   v.<br><br>TWIN RIVERS CORRECTIONAL COMPLEX, *et al.*,<br><br>                Defendants. | Case No. C12-1235-JLR<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* ("IFP"), the proposed 42 U.S.C. § 1983 complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections to that report, and the entire record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. This matter is **DISMISSED** for failure to state a claim upon which relief may be granted, 28 U.S.C. § 1915A(b)(1);

3. The IFP application (Dkt. 1) is **DENIED** as moot; and

4. The Clerk is directed to send a copy of this Order to plaintiff and to Magistrate Judge Tsuchida.

DATED this 18th day of August, 2012.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1